1  ROBERT H. ROTSTEIN (SBN 72452)
       rxr@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  NAOMI STRAUS (SBN 287804)
       nxs@msk.com
6  MITCHELL SILBERBERG & KNUPP LLP
   1818 N Street N.W., 8th Floor
7  Washington, DC  20036
   Telephone: (202) 355-7900
8  Facsimile: (310) 231-8410

9  Attorneys for Defendants
   Centropolis Entertainment, Inc., Columbia
10 Pictures Industries, Inc., John Orloff, Roland
   Emmerich, and Sony Pictures Entertainment
11 Inc.

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14 KENNETH HEUSEY,                        Case No.: 2:14-CV-06810-AB (Ex)

15          Plaintiff,                    The Honorable André Birotte Jr.

16      v.                               **NOTICE OF MOTION AND
                                         MOTION TO DISMISS
17 ROLAND EMMERICH;                      PURSUANT TO FED. R. CIV. PRO.
   CENTROPOLIS ENTERTAINMENT,            12(B)(6) OF DEFENDANTS
18 INC.; ANONYMOUS PICTURES              CENTROPOLIS
   LIMITED; JOHN ORLOFF; PETER           ENTERTAINMENT, INC.,
19 NORTHBOURNE JAMES; PETRA              COLUMBIA PICTURES
   HOLTORF-STRATTON;                     INDUSTRIES, INC., JOHN
20 RELATIVITY MEDIA FILMS, LLC;          ORLOFF, ROLAND EMMERICH,
   SONY PICTURES                         AND SONY PICTURES
21 ENTERTAINMENT, INC.;                  ENTERTAINMENT INC.**
   COLUMBIA PICTURES
22 INDUSTRIES, INC.,                     **[REQUEST FOR JUDICIAL
                                         NOTICE, PROPOSED ORDER,
23          Defendants.                  AND NOTICE OF MANUAL
                                         FILING FILED CONCURRENTLY
24                                       HEREWITH]**

25                                       Date:      March 9, 2015
                                         Time:      10:00am
26                                       Courtroom: 4

27

28

Mitchell
Silberberg &
Knupp LLP

6658018.1

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE that on March 9, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4, located at 312 N. Spring Street, Los Angeles, CA 90012, Defendants Centropolis Entertainment, Inc., Columbia Pictures Industries, Inc., John Orloff, Roland Emmerich, and Sony Pictures Entertainment Inc. will and hereby do move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing, with prejudice, in their favor Plaintiff Kenneth Heusey's Amended Complaint in its entirety.

This motion is made on the ground that Plaintiff's claim for relief for copyright infringement fails because the works at issue, as a matter of law, are not substantially similar in copyrightable expression.  The motion is also made on the ground that Plaintiff's claim for fraud fails as a matter of law because he has not alleged that any Moving Defendant made any misrepresentation to him or otherwise alleged the elements of fraud with sufficient particularity.  This motion is made following a conference between Defendants' counsel and Plaintiff, who is *pro se*, pursuant to L.R. 7-3, which took place on January 30, 2015.

This motion is based upon this Notice of Motion; the attached Memorandum of Points and Authorities; the concurrently submitted Request For Judicial Notice; all pleadings and other records on file in this action; and such further evidence and arguments as may be presented at or before any hearing on the motion.

DATED: February 6, 2014

MITCHELL SILBERBERG & KNUPP LLP

By:  /s/ Robert H. Rotstein
Robert H. Rotstein
Naomi Straus
Attorneys for Defendants
Centropolis Entertainment, Inc.,
Columbia Pictures Industries, Inc., John
Orloff, Roland Emmerich, and Sony
Pictures Entertainment Inc.

# <u>TABLE OF CONTENTS</u>

<u>**Page**</u>

I.  INTRODUCTION ....................................................................................1

II. FACTUAL ALLEGATIONS AND THE WORKS AT ISSUE ....................1

    A.  *Moving Defendants'* Anonymous .........................................................1

    B.  *Plaintiff's* Not Without Justice................................................................9

III. AS A MATTER OF LAW, *ANONYMOUS* IS NOT SUBSTANTIALLY SIMILAR TO *NOT WITHOUT JUSTICE.* ....................................................15

IV. PLAINTIFF'S FRAUD CLAIM FAILS.........................................................25

V.  CONCLUSION ..........................................................................................25

## <u>TABLE OF AUTHORITIES</u>

<u>Page(s)</u>

### CASES

*Benay v. Warner Bros. Entm't, Inc.,*
    607 F.3d 620 (9th Cir. 2010) ........................................................ 15, 19, 22, 23

*Berkic v. Crichton,*
    761 F.2d 1289 (9th Cir. 1985) ...................................................... 16, 17, 19, 20

*Bissoon-Dath v. Sony Comp. Entm't Am., Inc.,*
    694 F. Supp. 2d 1071 (N.D. Cal. 2010) ............................................ 15, 16, 17

*Bower v. AT&T Mobility, LLC,*
    196 Cal. App. 4th 1545 (Ct. App. 2d Dist. 2011) .................................... 25

*Campbell v. The Walt Disney Co.,*
    718 F. Supp. 2d 1108 (N.D. Cal. 2010) ................................................... 16, 24

*Capcom Co., Ltd, v. The MKR Group, Inc.,*
    2008 U.S. Dist. LEXIS 83836 (N.D. Cal. Oct. 10, 2008) ......................... 16

*Cavalier v. Random House, Inc.,*
    297 F.3d 815 (9th Cir. 2002) ..................................................................... 17

*Chase-Riboud v. Dreamworks Inc.,*
    987 F. Supp. 1222 (C.D. Cal. 1997) ......................................................... 19

*Christianson v. West Publ'g Co.,*
    149 F.2d 202 (9th Cir. 1945) ..................................................................... 16

*Destfino v. Reiswig,*
    630 F.3d 952 (9th Cir. 2011) ..................................................................... 25

*DuckHole Inc. v. NBC Universal Media,*
    2013 U.S. Dist. LEXIS 157305 (C.D. Cal. Sept. 6, 2013) ....................... 16

*Effie Film, LLC v. Pomerance,*
    909 F. Supp. 2d 273 (S.D.N.Y. 2012) ............................................... 17, 19, 22

*Funky Films, Inc. v. Time Warner Entm't, Inc.,*
    462 F.3d 1072 (9th Cir. 2006) ............................................................. passim

*Gadh v. Spiegel,*
    2014 U.S. Dist. LEXIS 64081 (C.D. Cal. Apr. 2, 2014) .......................... 16

Mitchell
Silberberg &
Knupp LLP

6658018.1

ii

1

## TABLE OF AUTHORITIES
### (continued)

2

**Page(s)**

3

*Hoehling v. Universal City Studios, Inc.*,
    618 F.2d 972 (2d Cir. 1980) ............................................................... 23

4

5

*Idema v. Dreamworks, Inc.*,
    162 F. Supp. 2d 1129 (C.D. Cal. 2001) ............................................ 17

6

7

*Kouf v. Walt Disney Pictures & Television*,
    16 F.3d 1042 (9th Cir. 1994) ............................................................ 20

8

9

*Olson v. Nat'l Broad. Co.*,
    855 F.2d 1446 (9th Cir. 1988) .......................................................... 24

10

11

*Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*,
    602 F.3d 57 (2d Cir. 2010) ............................................................... 16

12

13

*Rosenfeld v. Twentieth Century Fox Film Corp.*,
    2009 U.S. Dist. LEXIS 9305 (C.D. Cal. Jan. 28, 2009) .................... 16

14

15

*Satava v. Lowry*,
    323 F.3d 805 (9th Cir. 2003) ............................................................ 20

16

17

*Schkeiban v. Cameron*,
    2012 U.S. Dist. LEXIS 145384 (C.D. Cal. Oct. 4, 2012) .................. 16

18

19

*Semegen v. Weidner*,
    780 F.2d 727 (9th Cir. 1985) ............................................................ 25

20

21

*Sheldon Abend Revocable Trust v. Spielberg*,
    748 F. Supp. 2d 200 (S.D.N.Y. 2010) .............................................. 21

22

23

*Stromback v. New Line Cinema*,
    384 F.3d 283 (6th Cir. 2004) ............................................................ 24

24

25

*Thomas v. The Walt Disney Co.*,
    2008 U.S. Dist. LEXIS 14643 (N.D. Cal. Feb. 14, 2008) .................. 16

26

*Van v. Cameron*,
    566 Fed. Appx. 615 (9th Cir. 2014) .................................................. 16

27

28

*Wild v. NBC Universal, Inc.*,
    788 F. Supp. 2d 1083 (C.D. Cal. 2011) ............................................ 16

Mitchell
Silberberg &
Knupp LLP

6658018.1

iii

**TABLE OF AUTHORITIES**
**(continued)**

**Page(s)**

*Zella v. E.W. Scripps Co.*,
   529 F. Supp. 2d 1124 (C.D. Cal. 2007)...........................................................16, 17

**OTHER AUTHORITIES**

Fed. R. Civ. P. 9(b) ................................................................................................25

Fed. R. Civ. P. 12(b)(6) .........................................................................................15

*Oxford Dictionary of National Biography: Online Edition* ............................passim

Charles Boyce, *Shakespeare A to Z* (1990) ....................................................passim

Thomas Egerton, *Memoirs of the Life of Robert Devereux, Earl of
   Essex* (1753) .....................................................................................................15

Basil Montagu, Esq., *The Works of Francis Bacon, Lord Chancellor
   of England* (1826)..............................................................................................15

Mitchell
Silberberg &
Knupp LLP

6658018.1

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6)

## I.  INTRODUCTION

To prevail in this copyright infringement action, Plaintiff Kenneth Heusey must establish that Moving Defendants'[1] allegedly infringing motion picture, *Anonymous*, is substantially similar in copyrightable expression to his unpublished screenplay, *Not Without Justice*.[2]  However, far from being substantially similar, as a matter of law these works differ markedly in plot, sequence of events, characters, theme, setting, dialogue, mood and pace, and thus fail to satisfy the Ninth Circuit's "extrinsic test" for substantial similarity.  Indeed, the only similarities between the works relate to historical facts and figures, none of which Plaintiff can own.[3]  Every other purported similarity that Plaintiff alleges is far too abstract to be copyrightable.  Accordingly, his infringement claim fails as a matter of law.

Plaintiff's related fraud claim, to the extent it is alleged against Moving Defendants, also fails because he does not allege that any of them made any misrepresentation to him.  He also fails to plead the claim with the requisite particularity.  Furthermore, dismissal should be without leave to amend because it would be futile for Plaintiff to attempt to plead around the unavoidable fact that the works, which are incorporated into the Complaint, are not substantially similar.

## II.  FACTUAL ALLEGATIONS AND THE WORKS AT ISSUE

### A.  *Moving Defendants'* Anonymous

The film *Anonymous* begins in present-day New York City, where a man in a taxicab rushes to a Broadway theatre to perform in a show.  After he arrives and

---

[1] Moving Defendant John Orloff wrote *Anonymous*.  Moving Defendant Roland Emmerich, who has directed numerous blockbuster films, including *Independence Day*, *The Day After Tomorrow*, and *White House Down*, directed *Anonymous*. Moving Defendant Centropolis Entertainment produced the film, which was distributed by Moving Defendant Columbia Pictures (which is owned by Moving Defendant Sony Pictures Entertainment).

[2] Plaintiff attached a copy of his script to his original complaint.  ECF 1, p. ID #76-200.  Moving Defendants have filed copies of the commercially available DVD for *Anonymous* in connection with a concurrently filed Request For Judicial Notice.

[3] Moving Defendants have submitted authoritative sources on the historical events and figures in connection with a concurrently filed Request for Judicial Notice.

is escorted onto the stage, the curtain parts.  He asks, "What if I told you that Shakespeare never wrote a single word?"  The film then cuts to late sixteenth-century England, where Ben Jonson is fleeing from the police.[4]  After Jonson enters a theatre and hides under the stage, the police set fire to the building to flush him out.  He stashes away a bundle of papers before emerging from his hiding place and surrendering.  In prison, Jonson is questioned by Robert Cecil, an advisor to Queen Elizabeth I.[5]  Jonson was arrested because Cecil believes him to be in possession of manuscripts written by Edward De Vere, the Earl of Oxford.[6]

The film then shifts backward in time to depict a performance of a comedic play, written by Jonson.  Among the actors is William Shakespeare, who is getting drunk backstage.[7]  The audience includes Oxford, as well as the Earl of Southampton.[8]  Also in attendance are a group of playwrights, including Christopher Marlowe[9] and two unnamed,[10] dimwitted characters.

---

[4] Ben Jonson (1572-1637) was an English playwright and contemporary of William Shakespeare.  Charles Boyce, *Shakespeare A to Z* 321-23 (1990) (hereinafter "*A to Z*"); Ian Donaldson, *Oxford Dictionary of National Biography: Online Edition* (hereinafter "*Oxford Bio.*"); "Jonson, Benjamin [Ben]" 1, 5, 15 (2004, online ed. Sept. 2013) [Declaration of Naomi Straus ("Straus Decl."), Exs. B, C].

[5] Queen Elizabeth I (1533-1603) ruled England from 1558 to 1603.  Patrick Collinson, *Oxford Bio*, "Elizabeth I" 1, 11-13, 46-50 (2004, online ed. Jan. 2012) [Straus Decl. Ex. D].  Robert Cecil (1563-1612), like his father William Cecil (Lord Burghley) (1520-1598) before him, was a leading advisor to Elizabeth.  *A to Z* at 83, 98; Pauline Croft, *Oxford Bio.*, "Cecil, Robert" 1-3, 5-6 (2004, online ed. Oct. 2008); Wallace T. MacCaffrey, *Oxford Bio.*, "Cecil, William" 1, 3, 24-28 (2004) [Straus Decl. Exs. B, E, F].

[6] Edward De Vere (1550-1604) was both a courtier and a poet.  *A to Z* at 479; Alan H. Nelson, *Oxford Bio*, "Vere, Edward de" 1-2, 4-5 (2004, online ed. Jan. 2008) [Straus Decl. Exs. B, G].  Since at least 1920, some have speculated that he is the "true" author of Shakespeare's works.  *Id.* at 5 [Straus Decl. Ex. G].

[7] Shakespeare (1564-1616) was an actor as well as a playwright.  *A to Z* at 587; Peter Holland, *Oxford Bio*., "Shakespeare, William" 6 (2004, online ed. Jan. 2013) [Straus Decl. Exs. B, H].

[8] Henry Wriothesley (1573-1624) was the Third Earl of Southampton and Shakespeare's patron, to whom Shakespeare dedicated *Venus and Adonis*.  Park Honan, *Oxford Bio*., "Wriothesley, Henry" 1, 3-4 (2004, online ed. Sept. 2012); *A to Z* at 611 [Straus Decl. Exs. B, I].

[9] Christopher Marlowe (1564-1593) was an English playwright and Shakespeare's contemporary.  *A to Z* at 403; Nicholl, Charles, *Oxford Bio.*, "Marlowe [Marley], Christopher" 1, 5 (2004, Online Ed. Jan. 2008) [Straus Decl. Exs. B, J].

During the play, armed soldiers storm in and, on behalf of William Cecil, the current head of the Queen's Privy Council, declare the play a seditious work because it criticizes the nobility.  When Jonson protests, he is arrested.

Oxford and Southampton leave the theatre and go to Essex House, the residence of Robert Devereux, the Earl of Essex.[11]  As Essex and Southampton play tennis, Oxford raves about a playwright's power over an audience.  Essex questions whether words can be as powerful as the sword.  Essex informs Southampton that a letter has been intercepted, in which William Cecil has offered to help King James of Scotland succeed Elizabeth as King of England.[12]  Essex, believed by many to be Elizabeth's illegitimate son and thus the true heir to the throne, asks for, and receives, Southampton's pledge of support in his own efforts to become King.  Oxford, who overhears this conversation, also decides to help.

The film then takes the viewer inside Cecil House, a grand residence, where Essex, Southampton, and Robert Cecil have joined the Queen at a party.  Southampton offers the Queen a gift, which turns out to be the staging of a play for her enjoyment.  Although Robert Cecil objects that plays "are the work of the devil," the Queen accepts the gift and everyone sits to watch the play.

While the Queen looks on with pleasure, actors perform familiar scenes from Shakespeare's *A Midsummer Night's Dream*.  A look on the Queen's face indicates that she recognizes the play, at which time a flashback shows Oxford as a

---

(…continued)

[10] According to the *Anonymous* credits, these characters are meant to be the playwrights Thomas Nashe and Thomas Dekker.  *A to Z* at 152, 456 [Straus Decl. Ex. B].

[11] Robert Devereux (1566-1601), the second Earl of Essex, was a soldier, a politician, and a favorite of Queen Elizabeth.  *A to Z* at 180-81, Paul E.J. Hammer, *Oxford Bio.*, "Devereux, Robert" 1, 4 (2004, online ed. Oct. 2008) [Straus Decl. Exs. B, K].

[12] King James I of England (1566-1625) was King James VI of Scotland before succeeding Elizabeth I to the English throne.  *A to Z* at 314-15 [Straus Decl. Ex. B].  Robert Cecil (William Cecil's son) maintained a secret correspondence with James before he became King of England.  *See Oxford Bio.*, "Cecil, Robert" at 6 [Straus Decl. Ex. E].

Mitchell
Silberberg &
Knupp LLP

6658018.1

3

young boy forty years earlier performing in the same play while young Queen Elizabeth (in her early twenties) watches. When the young Queen and William Cecil visit Oxford backstage, it is revealed that Oxford wrote the play.

The film returns to a time after Jonson's first arrest for staging the seditious comedy. Oxford, now married to William Cecil's daughter, Anne, has used his position to secure Jonson's release. After a boat ride with Oxford's aide, Francesco, Jonson visits Oxford at his home. There, Oxford directs Jonson to stage Oxford's plays under Jonson's name. When Jonson resists, Oxford promises him wealth and fame as the most well-regarded playwright in England.

William Cecil tells his son that Oxford restaged *A Midsummer Night's Dream* to remind the Queen of earlier times when she enjoyed Oxford's plays and company and to insert himself into discussions about Elizabeth's successor. William wants to stop Essex, who despises them, from becoming King.

The film then flashes back to Oxford's youth. His father has just died, and he has been brought to the Cecil household to learn statesmanship. Although Oxford wants to study poetry and write plays, William forbids it. After Robert, who is a small boy at the time, tells William that Oxford is disobeying this rule, William sends a spy into Oxford's room to locate his manuscripts. When Oxford discovers the spy in his room, he kills him.[13]

The story returns to find Jonson complaining to Shakespeare about an unnamed nobleman's demand that Jonson serve as a front. Jonson wants to change the world with his own words. Seeing a chance to make easy money, Shakespeare offers to put his own name on the plays. Meanwhile, Cecil convinces the Queen to send his enemies Essex and Southampton to fight in Ireland[14] and to replace Essex

---

[13] Historically, Oxford came under William Cecil's guardianship. In July, 1567, he killed an unarmed employee of Cecil's household, but the jury found him not guilty of murder. *Oxford Bio.*, "Vere, Edward de" at 1; *A to Z* at 479 [Straus Decl. Exs. B, G].

[14] Queen Elizabeth in fact sent Essex on a military expedition to Ireland. *Oxford Bio.*, "Devereux, Robert" at 18-20; *A to Z* at 611 [Straus Decl. Exs. B, K].

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6)**

1    on her Privy Council with William's son, Robert.[15]

2         The film then moves back to the time when Oxford stabbed William's spy.

3    William threatens to have Oxford prosecuted for murder unless Oxford agrees to

4    marry William's daughter, Anne.  Oxford, faced with prison, agrees.[16]

5         Another time jump, to shortly after Jonson's discussion of Oxford's plays

6    with Shakespeare, depicts Jonson's first staging of one of the plays, *Henry V*.

7    Jonson has not identified the author on the playbill.  When a stirring performance

8    brings the crowd to its feet, Shakespeare, not Jonson, walks on to the stage and

9    accepts the crowd's praise.  Enraged by Jonson's disobedience, Oxford accepts that

10   Shakespeare must now assume the position of the author of Oxford's works.

11   However, he demands that Jonson never tell Shakespeare who actually wrote the

12   plays.  He then gives Jonson copies of additional works, including *Julius Cesar*,

13   *Macbeth*, and *Romeo and Juliet*.

14        The film shifts to a party at an earlier time, where Oxford and the Queen

15   dance, while his wife Anne looks on unhappily.  Later that night, Oxford reveals

16   that he has always loved the Queen.  He and the Queen make love.

17        Shakespeare's plays are becoming successful.  He boasts about his money

18   and exploits with women.  Marlowe, a police spy, reports that Shakespeare's plays

19   contain complaints against the government.  When the Cecils learn of this, they

20   expedite their efforts to prevent Essex from gaining power.  They hire assassins

21   who unsuccessfully try to murder Essex and Oxford.

22        The film reverts to when Elizabeth and Oxford fell in love.  She tells

23   William Cecil that she intends to marry Oxford because she is carrying his child.

24   William understandably objects because his daughter is already married to Oxford.

25   _____

26   [15] Robert Cecil served on Queen Elizabeth's Privy Council, and succeeded his
     father as secretary of state.  *A to Z* at 98; *Oxford Bio.*, "Cecil, Robert" at 3-5
     [Straus Decl. Exs. B, E].

27   [16] Oxford and Anne were married. *Oxford Bio.*, "Vere, Edward de" at 1-2 [Straus
     Decl. Ex. G].

28

Mitchell
Silberberg &
Knupp LLP

6658018.1

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6)**

He convinces the Queen that such a marriage would have dire political consequences.  She agrees to go into hiding while she is pregnant, to allow Cecil to place the child elsewhere, and never to tell Oxford of the pregnancy.

Meanwhile, Marlowe has realized that Shakespeare did not write the plays. He tells Jonson that Shakespeare never learned to write.  Although Jonson admits to nothing, Marlowe threatens to reveal the secret.  The next morning, Marlowe's body is found dead in the street, presumably murdered by Shakespeare.[17]

Shakespeare approaches Jonson at the theatre and demands more money to continue putting on the plays.  Shakespeare wants to build a big, new theatre and to purchase himself a coat of arms.  However, when Jonson refuses to reveal the name of the true playwright, Shakespeare takes matters into his own hands by following Jonson to a meeting with Oxford's assistant, Francesco.  He then follows Francesco back to Oxford's home.  He threatens to reveal Oxford's secret unless he receives an annual salary.  Oxford agrees to Shakespeare's demands.

Flashing back to after Elizabeth went into hiding to give birth, the film depicts Oxford having an affair with one of the Queen's maidens (who has informed Oxford that the Queen had his child).  When William Cecil informs the Queen that Oxford has impregnated the girl, she orders Oxford's arrest.[18]  She then agrees to release him, but prohibits him from ever returning to Court.  Cecil also demands that Oxford return to Anne Cecil and attempt to have a son.  Oxford agrees to do so, but only if Cecil tells him where his child with Elizabeth is.  Cecil tells Oxford that Southampton is the child.

In a tavern, Shakespeare brags about his success and shows off his newly

---

[17] Marlowe is widely assumed to have spied for Queen Elizabeth's government and was reportedly stabbed to death in a tavern brawl—after dining with other spies.  *A to Z* at 403; *Oxford Bio.*, "Marlowe, Christopher" at 4-5,13-14 [Straus Decl. Exs. B, J].

[18] The real-life Oxford was imprisoned after impregnating the Queen's maid of honor, Anne Vavasour.  *Oxford Bio.*, "Vere, Edward de" at 3; *A to Z* at 479 [Straus Decl. Exs. B, G].

Mitchell
Silberberg &
Knupp LLP

6658018.1

1   obtained coat of arms, with the motto "*Non Sanz Droict*" ("Not Without Right.")[19]

2   A drunk Jonson calls Shakespeare a fraud and challenges him to write something

3   on a piece of paper.  Shakespeare says he has no ink.

4          Meanwhile, William Cecil has died.  Robert Cecil tells the Queen that Essex,

5   who is still in Ireland, is rumored to have offered Ireland to King Phillip of Spain

6   in exchange for his support for Essex becoming King of England.[20]  The Queen

7   instructs Robert to recall Essex to London.  Realizing that the Queen is displeased

8   with him, Essex rushes back to defend his name.  He storms into the Queen's

9   chambers, finding her undressed.[21]  An irate Queen revokes his rights and property.

10  He retreats to Essex House and surrounds himself with armed guards.

11         Oxford convinces Essex that armed revolt against Robert Cecil would be

12  viewed as an assault on the Queen.  To win back the Queen's favor, Oxford, in

13  Shakespeare's name, publishes a book of poetry, *Venus and Adonis*, which the

14  Queen will take as Oxford's confirmation of his continued love for her.  He also

15  instructs Shakespeare to stage a new play, *Richard III*, which will incite the

16  audience to form a mob and storm the palace to demand Robert Cecil's demotion.[22]

17  As Oxford hoped, the Queen summons him.  She also informs Robert Cecil that

18  she does not intend to name King James of Scotland as her successor.  She

19  demands that Robert identify her child with Oxford.  When he names

20

21  [19] Historically, Shakespeare obtained a coat of arms for his family in 1596.  The motto on that coat of arms is *Non Sancz Droict* ("Not without right").  *A to Z* at 116; *Oxford Bio.*, "Shakespeare, William" at 13-14 [Straus Decl. Exs. B, H].

22

23  [20] At this time, religious tensions between Protestants and Catholics ran high as England's Elizabeth, who was a member of the Church of England, ruled over Ireland (a Catholic nation), making it a hotspot in England's ongoing war against Spain (also a Catholic nation).  *Oxford Bio.*, "Elizabeth I" at 29-33; 41-46 [Straus Decl. Ex. D].

24

25  [21] This event actually occurred, according to historical accounts.  *Oxford Bio.*, "Devereux, Robert" at 21 [Straus Decl. Ex. K].

26

27  [22] Historically, Essex's supporters paid to have a production of Shakespeare's *Richard II* performed on the eve of his rebellion, apparently to encourage the populous to support Essex.  *A to Z* at 541; *Oxford Bio.*, "Devereux, Robert" at 23 [Straus Decl. Exs. B, K].

28

Southampton, she implies that he will be her successor.

As Shakespeare prepares to perform *Richard III* in his new, grand theatre, Jonson remains angry.  Following the confrontation in the tavern, Shakespeare has blocked performance of Jonson's plays.  When Jonson learns that *Richard III* is a thinly veiled attack on Robert Cecil (a hunchback, like Richard in the play), he decides to inform the police in an attempt to undermine Shakespeare.

Upon learning of the play, Robert Cecil does not shut down the theatre but prepares for an uprising that he can use to capitalize on the Queen's fears of the commoners.  On the day that Oxford goes to the palace to visit Elizabeth, he sends Francesco to the theatre to ensure that the crowd forms a mob and demands Cecil's removal from power.  When Jonson sees Francesco in the audience, he realizes that he has made a mistake by informing on Shakespeare.  He tries to warn Francesco, but it is too late.  As the mob forms and Oxford waits for the Queen's arrival, Essex and Southampton ride toward the palace.  Cecil's men then cut the mob off at a bridge, preventing the people from reaching their destination.  When Essex reaches the palace, he realizes he has walked into a trap.  A firefight breaks out between his men and the palace guards, and he is forced to surrender.[23]

Cecil then tells the Queen that Essex has attacked the palace, intending to kill her and seize the throne.  She flees without meeting with Oxford.  Cecil enters the room where Oxford has been waiting to gloat over his victory.  In a shocking twist, Robert informs Oxford that he is Elizabeth's bastard son and that his relationship with her was incest.  Although William Cecil had intended for Oxford to become King so that his son with Anne – William's grandson – could also become King, Oxford's relationship with Elizabeth and failures as a statesman had destroyed these plans.  Oxford is horrified.

---

[23] This historical event is referred to as the Essex Rebellion, and occurred on February 8, 1601.  *A to Z* at 180-81; *Oxford Bio.*, "Devereux, Robert" at 23 [Straus Decl. Exs. B, K].

The Queen has Essex beheaded, but spares Southampton.[24]  She becomes ill, but refuses to sign papers naming a successor.  When she dies, Cecil successfully supports King James of Scotland as the new King of England.

A dejected Oxford invites Jonson to visit him.  He gives Jonson all of his manuscripts, which Jonson is to continue publishing.  He asks Jonson never to reveal the true author of the plays.  Jonson agrees.

Coming full circle, the film then returns to Jonson's second arrest (i.e., after the police set fire to the theatre).  Robert Cecil demands that Jonson turn over Oxford's manuscripts.  Jonson tells Cecil that they were destroyed in the fire. Cecil believes him and releases him.  However, back at the theatre, Jonson discovers the manuscripts in his hiding place, intact.

Back in present-day New York, the show is coming to an end.  The man on stage informs the audience that Shakespeare returned to the town of his birth later in life to become a grain merchant.  Jonson, who became the first poet laureate of England, went on to author the introduction to the collected works of Shakespeare. The curtain closes and the audience rises to leave the theatre.

### B. *Plaintiff's* Not Without Justice

Plaintiff Kenneth Heusey is a visual effects artist who resides in Pittsburgh, Pennsylvania.  First Amended Complaint ("FAC") ¶6.  He has never written a screenplay that was made into a motion picture.  However, he alleges that he began writing the screenplay *Not Without Justice* in 1995 and completed it in 2000.[25]  *Id.*

*Not Without Justice* is set in England during the reign of Queen Elizabeth I. and depicts the historical power struggle between the Earl of Essex and the Cecil

---

[24] Essex was tried for treason and beheaded on February 25, 1601.  *Id.* [Straus Decl. Ex. K].  Southampton was condemned as well, but spared beheading.  *Oxford Bio.*, "Wriothesley, Henry" at 6 [Straus Decl. Ex. I].

[25] For the purposes of this motion, Moving Defendants, as they must, treat Plaintiffs' allegations concerning their purported access to his work as if they were true.  In fact, Moving Defendants dispute the allegations.

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6)**

family.  *Not Without Justice* never questions whether Shakespeare wrote the plays that are attributed to him, and Oxford is not a character.

The story begins with Essex on a boat, preparing to attack a coastal Spanish city.  In a bloody battle full of "threats, pleas and cries of death," Essex and his men overcome great odds to take the city.

Back in England, William and Robert Cecil are discussing a plan by which they will undermine Essex by telling the Queen that he is secretly conspiring with the King of Spain, who is supporting Irish rebels.  They tell the Queen that she is low on funds and that Essex has not been securing sufficient treasure from the cities he conquers.  She authorizes them to search Essex's ships to ensure that he and his men do not abscond with any loot.  Essex is greatly offended by this.  One of his men, Thomas Lea, offers to assassinate the Queen.  Essex tells Lea that they need to take the throne peacefully.

Outside the palace, a Catholic man is being hung and disemboweled in front of a cheering crowd, while inside the palace, Essex meets with the Queen and Robert Cecil.  The Queen expresses her displeasure at Essex' paltry treasure.  Cecil accuses Essex of conspiring with the Spanish.  Essex is enraged and says that he will never let the Cecils install King James of Scotland as King of England.

At the theatre, William Shakespeare is directing and acting in *A Midsummer Night's Dream*.  The Queen attends the play with Essex.[26]  However, Shakespeare's brother, Edmund, rushes in to inform him that William's son, Hamnet, has died.[27]  Shakespeare rides on horseback to his family's home in Stratford.  When he arrives, his wife, Anne, and his two daughters, Susanna and Judith, are distraught.  They explain that Shakespeare's father, John, found the boy dead under a tree.[28]

---

[26] It is believed that Elizabeth attended a performance of this play.  *A to Z* at 172 [Straus Decl. Ex. B].

[27] Shakespeare's son, Hamnet, died at age 11.  *Id.* at 584 [Straus Decl. Ex. B].

[28] These names of Shakespeare's family members are historically accurate.  *Id.* at 585; *Oxford Bio.*, "Shakespeare, William" at 1-2 [Straus Decl. Exs. B, H].

At Hamnet's wake, Shakespeare's father and uncle, Henry, reminisce about the old days when John was the town coroner and a justice of the peace.  John, who is Catholic, complains that despite everything he has done for the town, he could not even get officials to provide him with a coat of arms.[29]

It becomes clear that Shakespeare has essentially abandoned his family in favor of becoming a successful playwright.  John and Anne desperately want Shakespeare to return home from London, but he refuses.

Meanwhile, Robert Cecil instructs a spy, Robert Poley,[30] to find playwright Christopher Marlowe, who has been believed dead for three years.  Cecil informs Poley that Marlowe was in possession of an important document.  Cecil must have the document, whether Marlowe is alive or dead.

Back in Stratford, John tells Shakespeare that he believes Uncle Henry killed Hamnet.  Apparently, John believes that Henry and Shakespeare's mother were having an affair and Henry killed Hamnet because he had discovered the secret. Shakespeare disagrees.  He tells his father that there is an alternative motive behind Hamnet's murder, which grew from events that took place years earlier.

Shakespeare explains that he had once been friends with Marlowe.  They spent lots of time with the Earl of Southampton, who was also their patron and benefactor.  William Cecil ("Burghley" in Plaintiff's script) wanted Southampton to marry his granddaughter, Elizabeth,[31] but Southampton was reluctant.  Cecil enlisted Shakespeare and Marlowe to convince Southampton to embrace the idea.

---

[29] John Shakespeare applied for a coat of arms around 1571, but was not awarded one until 1596.  *Oxford Bio.*, "Shakespeare, William" at 2; *A to Z* at 585 [Straus Decl. Exs. B, H].

[30] Robert Poley was a spy who worked for Robert Cecil, and was present at Marlowe's death in 1593.  *Oxford Bio.*, "Marlowe, Christopher" at 13-14 [Straus Decl. Ex. J].

[31] Elizabeth Cecil (or Elizabeth Vere) (1575-1627) was the granddaughter of William Cecil, and the daughter of Anne Cecil and Edward de Vere.  William Cecil arranged to have Southampton (who was his ward) marry her, but he refused, paying a huge fine instead.  *Oxford Bio.,* "Wriothesley, Henry" at 2-3; *Oxford Bio.*, "Vere, Edward de" at 2 [Straus Decl. Exs. G, I].

1   However, over time, Shakespeare and Marlowe became very competitive.

2  Marlowe was outshining Shakespeare when it came to impressing the patrons, who

3  they depended on for their livelihood.  Moreover, Marlowe had a habit of

4  embarrassing Shakespeare in front of the Queen's maidens, with whom

5  Shakespeare constantly flirted.  Marlowe read into some of Shakespeare's writing

6  that Shakespeare once murdered someone.  He repeatedly accused Shakespeare, in

7  a mocking way, of murder.  The accusations were especially troubling to

8  Shakespeare because he felt responsible for the death of a young woman,

9  Katherine Hamlet,[32] who drowned herself after he impregnated her.

10   Shakespeare decided to frame Marlowe for posting libels against London's

11  immigrants.  The goal was to get Marlowe arrested and out of the picture long

12  enough for Shakespeare to solidify his relationships with his patrons.[33]  The plan

13  was a success.  However, Marlowe knew that Shakespeare was to blame.

14   As Shakespeare tells his father this story, the Queen is meeting with Essex

15  and Cecil at the palace.  Essex asks the Queen to send him to Ireland, but she

16  declines the request.  He is angered and she slaps his face.  He draws his sword

17  before standing down.[34]

18   Returning to Shakespeare's story about his feud with Marlowe, the script

19  explains that several noblemen, including a Lord Walsingham and Poley, helped

20  Marlowe avoid a death sentence for posting the libels by pretending he was killed

21  _____

22  [32] A woman named Katherine Hamlett drowned near Stratford, on December 17,
    1579.  Some have suggested she might have been inspiration for Shakespeare's

23  character Ophelia, Hamlet's lover who commits suicide by drowning herself.  *A to
    Z* at 241 [Straus Decl. Ex. B].

24  [33] Historically, there was a "Dutch Church Libel," an inflammatory poem, signed
    by "Tamberlaine" (Marlowe's character) posted on a wall in London on May 5,

25  1593.  Marlowe's arrest was ordered around this time, likely due to his connection
    with this libel.  *See Oxford Bio.*, "Marlowe, Christopher" at 11 [Straus Decl. Ex. J].

26  Plaintiff's screenplay repeats portions of the "Dutch Church Libel."

27  [34] Reportedly, Essex did reach for his sword after the Queen had hit him, while at a
    meeting to select the new lord deputy for Ireland.  *Oxford Bio.*, "Devereux,

28  Robert" at 18 [Straus Decl. Ex. K].

in a bar fight.[35]  After killing a vagrant whose body they claimed was Marlowe's, the men sent Marlowe to hide in Scotland.  They also gave him a letter to deliver to King James.  Before leaving, Marlowe confronted Shakespeare about framing him. He accused Shakespeare of being responsible for Katherine's suicide and threatened to tell Shakespeare's family about Katherine and to harm them.  He then tied Shakespeare to a chair and left for Stratford.  After freeing himself from the chair, Shakespeare chased Marlowe on horseback.  When Shakespeare caught up, Marlowe fired gunshots at him.  Shakespeare then killed Marlowe with a dagger.

When this flashback concludes, Shakespeare is depicted meeting with the Queen's advisors.  They tell him that they know that he killed Marlowe and order him to reveal the location of the body so they can recover a document that they say will implicate Essex in a plot against the Queen.  Shakespeare does not admit to killing Marlowe but reluctantly agrees to search for the body if the men will provide John Shakespeare with a coat of arms.  They do so.  The coat of arms has the words "*Non Sans Droit*" or "Not Without Justice"[36] inscribed on it.  Instead of leading Cecil's men directly to the body, Shakespeare writes the play *Hamlet*, which provides clues as to where they will find the body.

Meanwhile, Essex has been successfully defeating Irish rebels in battle.  He arranges for a meeting with Tyrone, the rebels' leader.[37]  Essex proposes that the two men work together.  Once Essex becomes King of England, he will allow Tyrone to rule Ireland for him.

Shakespeare travels to Canterbury King's School, where he buried Marlowe's body.  Although he is followed by government agents, he eludes them

---

[35] Thomas Walsingham was a patron of Marlowe and his killer's business associate. *Oxford Bio.*, "Christopher Marlowe" at 5, 10, 13-14 [Straus Decl. Ex. J].

[36] Plaintiff's translation is "Not Without Justice," while in *Anonymous* the motto is translated as "Not Without Right."

[37] The Earl of Tyrone and his forces were Essex's target in his Ireland expedition of 1599, but he agreed to a truce with Tyrone, which Elizabeth refused to accept. *Oxford Bio.*, "Devereux, Robert" at 20-21 [Straus Decl. Ex. K].

Mitchell
Silberberg &
Knupp LLP

6658018.1

13

and gets to the graveyard unobserved.  He retrieves the important letter, which turns out to be a message from Cecil to King James in which Cecil tells James to align himself with the Pope against Elizabeth.[38]  The Queen's advisors want the letter back to prevent anyone from discovering that they were plotting against the Queen.  Shakespeare decides that he will use the letter to help Essex, thereby placing a Catholic in control of England and freeing his family to worship as Catholics.  However, Essex has gotten himself into trouble with the Queen.  After losing a battle in Ireland, Essex returned to London and walked into the Queen's chambers unannounced while she was undressed.  She has Essex arrested.[39]

Shakespeare decides to help Essex' cause by delivering the incriminating letter to the Queen.  Cecil's guards seize what they believe is the letter, but they actually take a copy of Shakespeare's coat of arms.  Shakespeare goes to Essex House, where Essex and his comrades are planning their next move.  Shakespeare writes an apology letter to the Queen for Essex, which they hope will get him an audience with her.  While at Essex House, Shakespeare finds Hamnet's toy sword in one of Essex' rooms.  He realizes that Essex was responsible for Hamnet's murder.  He leaves and rides back to Stratford.

Essex's men also ride to Stratford seeking Marlowe's letter.  They confront Shakespeare's father, who agrees to give it to them.  He leads them to a scroll, sealed with the stamp of the Queen's Privy Council, in a bag like Marlowe's.

Back in London, Shakespeare re-writes *Hamlet*, which is performed for Queen Elizabeth.  Cecil arrests Shakespeare because of the latter's attempt to give Elizabeth a coded message about Essex.  Once arrested, Shakespeare tells Cecil that Essex intends to kill the Queen and that Essex has the secret note.

---

[38] As previously noted, Cecil did maintain a secret correspondence with James before he became King of England, and supported his succession to the throne. *See Oxford Bio.*, "Cecil, Robert" at 6 [Straus Decl. Ex. E].

[39] This historically occurred. *See Oxford Bio.*, "Devereux, Robert" at 21 [Straus Decl. Ex. K].

Essex goes into town to gain the support of the commoners.  He gives a speech and intends to show the letter to the people to galvanize them.  However, when he undoes the seal, he sees that he actually has Shakespeare's coat of arms.

Undeterred, Essex tries to lead the commoners to the palace, but they are intercepted by the Queen's guards.  He returns to Essex House, where he instructs Thomas Lea to murder the Queen.[40]  When Lea attempts to do so, he is arrested, and during his arrest he explains that Essex had him kill Hamnet so Shakespeare would go looking for Marlowe's body and find Cecil's note.  Essex is arrested and sentenced to death.  Before he is beheaded, he gives a long speech in which he admits his sins against the Queen.[41]  When the axe falls, "[t]he severed head of Essex rolls … and rolls … and rolls…"  The script concludes with a scene in which Shakespeare enjoys himself in Stratford with his family.

## III.   AS A MATTER OF LAW, *ANONYMOUS* IS NOT SUBSTANTIALLY SIMILAR TO *NOT WITHOUT JUSTICE.*

To prevail in a copyright infringement action, a plaintiff must prove (1) ownership of a copyright in a work and (2) copying by a defendant of original elements of the work.  *Benay v. Warner Bros. Entm't, Inc.*, 607 F.3d 620, 624 (9th Cir. 2010).  "A plaintiff may establish copying either (1) by presenting direct evidence of copying or (2) by showing that the defendant had access to the work and that the works at issue are substantially similar."  *Bisson-Dath v. Sony Comp. Entm't Am., Inc.*, 694 F. Supp. 2d 1071, 1078 (N.D. Cal. 2010), *aff'd and adopted,*

---

[40] Thomas Lea (or Lee) was historically one of the conspirators of the Earl of Essex.  *Oxford Bio.*, "Devereux, Robert" at 23 [Straus Decl. Ex. K].  He "tried to force his way into Elizabeth's presence … and compel her to summon Essex to an audience.  He failed and was swiftly condemned and executed."  *Id.* at 23.

[41] The speech Plaintiff's Essex gives at his beheading reflects contemporary reports of the historical beheading.  Thomas Egerton, *Memoirs of the Life of Robert Devereux, Earl of Essex* 24 (1753); "The earl of Essex his confession to three ministers, whose names are underwritten, the 25th of February, 1600," *as reprinted in* VI Basil Montagu, Esq., *The Works of Francis Bacon, Lord Chancellor of England*, 399 (1826) [Straus Decl. Exs. L, M].

653 F.3d 898 (9th Cir. 2011).  A court will dismiss a claim on a Rule 12(b)(6)

motion, however, where the works at issue are in the record and are not

substantially similar as a matter of law.  *Christianson v. West Publ'g Co.*, 149 F.2d

202, 203 (9th Cir. 1945); *Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*,

602 F.3d 57, 63-5 (2d Cir. 2010).[42]

In determining whether two works are substantially similar in protected

expression, a plaintiff must satisfy both an "extrinsic" test and an "intrinsic" test.

*Funky Films, Inc. v. Time Warner Entm't, Inc.*, 462 F.3d 1072, 1077 (9th Cir.

2006).  On a motion to dismiss, only the extrinsic test is relevant.[43]  *Zella v. E.W.

Scripps Co.*, 529 F. Supp. 2d 1124, 1133, n. 8 (C.D. Cal. 2007).

The extrinsic test focuses on "specific, concrete elements" of expression

rather than generalizations.  *Bissoon-Dath*, 694 F. Supp. 2d at 1079.  Where a

plaintiff fails the extrinsic test, the complaint will be dismissed.  Because

extraneous allegations cannot alter the contents of the works at issue, where

substantial similarity is absent, courts dismiss copyright claims with prejudice.

*E.g.*, *Campbell*, 718 F. Supp. 2d at 1116; *Schkeiban*, 2012 U.S. Dist. LEXIS

145384, at *2; *Thomas*, 2008 U.S. Dist. LEXIS 14643, at *17.[44]

---

[42] *See, e.g.*, *Van v. Cameron*, 566 Fed. Appx. 615, 615 (9th Cir. 2014);  *Gadh v. Spiegel*, 2014 U.S. Dist. LEXIS 64081, at *23 (C.D. Cal. Apr. 2, 2014); *DuckHole Inc. v. NBC Universal Media*, 2013 U.S. Dist. LEXIS 157305, at *23 (C.D. Cal. Sept. 6, 2013); *Schkeiban v. Cameron*, 2012 U.S. Dist. LEXIS 145384, at *6 (C.D. Cal. Oct. 4, 2012), *aff'd*, 566 Fed. Appx. 616 (9th Cir. 2014); *Wild v. NBC Universal, Inc.*, 788 F. Supp. 2d 1083, 1110 (C.D. Cal. 2011), *aff'd*, 513 Fed. Appx. 640 (9th Cir. 2013); *Campbell v. The Walt Disney Co.*, 718 F. Supp. 2d 1108, 1116 (N.D. Cal. 2010); *Rosenfeld v. Twentieth Century Fox Film Corp.*, 2009 U.S. Dist. LEXIS 9305, at ** 9-10 (C.D. Cal. Jan. 28, 2009); *Capcom Co., Ltd, v. The MKR Group, Inc.*, 2008 U.S. Dist. LEXIS 83836, at *34 (N.D. Cal. Oct. 10, 2008); *Thomas v. The Walt Disney Co.*, 2008 U.S. Dist. LEXIS 14643, at *17 (N.D. Cal. Feb. 14, 2008), *aff'd,* 337 Fed. Appx. 694 (9th Cir. 2009).

[43] Only where a plaintiff satisfies the extrinsic test will a jury consider the intrinsic test, which focuses on the total concept and feel of the two works.  *Berkic v. Crichton*, 761 F.2d 1289, 1292 (9th Cir. 1985), *cert. denied* 474 U.S. 826 (1985).

[44] Because a Plaintiff must show both access and substantially similarity, courts will dismiss complaints where no substantial similarity is present even if a Plaintiff successfully alleges that a defendant had access to the allegedly infringed work. *See, e.g.*, *Wild*, 788 F. Supp. 2d at 1110.

In comparing literary works and motion pictures, the plaintiff must identify "articulable similarities between the plot, themes, dialogue, mood, settings, pace, characters, and sequence of events." *Funky Films*, 462 F.3d at 1077 (internal citation omitted). Only copyrightable elements of the plaintiff's work can be infringed. *Cavalier v. Random House, Inc.*, 297 F.3d 815, 822 (9th Cir. 2002). Courts engage in "analytic dissection" of works to identify what copyrighted expression is at issue. *Bissoon-Dath*, 694 F. Supp. 2d at 1079. In comparing the works, the court will filter out unprotected elements such as "[g]eneral plot ideas" and "*scenes à faire*, scenes that flow naturally from unprotectable basic plot premises" (*id.* (internal citations omitted)), and "facts, historical events, or other information over which no individual is entitled to claim a monopoly…" *Idema v. Dreamworks, Inc.*, 162 F. Supp. 2d 1129, 1176-1177 (C.D. Cal. 2001).

A court may "take judicial notice of generic elements of creative works," as well as "documents [such as copies of works] which are not physically attached to the complaint but 'whose contents are alleged in [the] complaint and whose authenticity no party questions.'" *Zella*, 529 F. Supp. 2d at 1128 (internal citation omitted). A court may also take judicial notice of historical facts. *Effie Film, LLC v. Pomerance*, 909 F. Supp. 2d 273, 298-301 (S.D.N.Y. 2012).

Here, as a matter of law, Plaintiff's claims fail under the extrinsic test.

***Plot.*** A court will "look[] beyond the vague, abstracted idea of a general plot" when assessing similarities. *Berkic*, 761 F.2d at 1293. The plots of the works at issue here do not share similarity even at the most abstract level.

*Anonymous* is about a present-day Broadway production that questions whether Shakespeare wrote the plays that are attributed to him. The production tells a tale of a love affair between the Earl of Oxford and Queen Elizabeth I. Although Oxford and Elizabeth share an affinity for plays and poetry, they are trapped in a world of political intrigue and power struggles. As the Queen ages, the noblemen who surround her vie to select the next King. Although Oxford and

his illegitimate son with Elizabeth, Southampton, favor Essex, Elizabeth's chief advisors, William and Robert Cecil, favor King James of Scotland.  To persuade the Queen to take their side, Oxford enlists Ben Jonson to stage his plays in Jonson's name.  This plan goes awry when Jonson allows Shakespeare, an actor with a penchant for alcohol and prostitutes, to take credit for the plays.  Although the plays are successful and the Queen starts to come around to Oxford's view of who should succeed her, the Cecils convince the Queen that Essex plans to assassinate her.  Defeated, Essex is sentenced to death and Oxford retires to his manor house.  Jonson protects Shakespeare's legacy.

In contrast, *Not Without Justice* depicts Shakespeare as an ambitious playwright who is wracked with guilt because of his complicity in the suicide of his true love, Katherine Hamlet.  When Marlowe threatens to reveal this story and to harm Shakespeare's family, Shakespeare kills him and hides the body.  Unbeknownst to Shakespeare, Marlowe was carrying a letter from William Cecil to King James of Scotland instructing James to side with the Pope against the Queen.  Cecil desperately wants this letter back so that he can destroy it.  Meanwhile, the Earl of Essex, who wants to be King himself, also seeks the letter.  Cecil, who knows that Shakespeare murdered Marlowe, demands that Shakespeare retrieve the letter.  When Shakespeare does so, he reads it and learns of Cecil's duplicity.  Shakespeare sets out to inform the Queen that Cecil has betrayed her, but before he can do so, he learns that Essex conspired to murder his son as part of his efforts to obtain the letter.  Shakespeare and his father then trick Essex by giving him a fake letter.  Confident that he can win the Queen over with this evidence, Essex unsuccessfully storms the palace.  After Essex is put to death, Shakespeare returns home to his family.

At the level of copyrightable expression, the plots of *Anonymous* and *Not Without Justice* are highly dissimilar.  Once the historical references to actual people and events are filtered out, as they must be, there is no substantial similarity

Mitchell
Silberberg &
Knupp LLP

6658018.1

1   in plot.  *See Benay*, 607 F.3d at 626 (filtering historical facts about Imperial Japan);

2   *Chase-Riboud v. Dreamworks Inc.*, 987 F. Supp. 1222, 1226 (C.D. Cal. 1997)

3   (filtering historical facts about the American slave trade); *Pomerance*, 909 F. Supp.

4   2d at 303-04 (filtering historical facts about Victorian England).  Indeed, the most

5   critical plot elements of *Anonymous* – the love affair between Oxford and

6   Elizabeth and the theory that Shakespeare was a fraud and that Oxford wrote the

7   plays – do not appear in Plaintiff's work.

8       Plaintiff nonetheless claims that the plots of the works are substantially

9   similar because both (i) "depict a youthful version of the 'Writer' of the plays in a

10  romantic relationship" (FAC ¶44); (ii) "employ the idea that Shakespeare's plays

11  can be used to achieve political favor" (FAC ¶46); and (iii) depict Shakespeare as

12  Marlowe's murderer.  (FAC ¶49)  However, these purported similarities are merely

13  uncopyrightable, abstract ideas.  *See Berkic*, 761 F.2d at 1293 ("General plot ideas

14  … remain forever the common property of artistic mankind.").

15      Moreover, the actual works depict these ideas very differently.  In

16  *Anonymous*, **Oxford** has a youthful affair with Queen Elizabeth before later using

17  Shakespeare as a front to publish his plays and impact the royal power struggle.  In

18  *Not Without Justice*, it is **Shakespeare** who has a tragic romantic relationship with

19  a young commoner, before he is dragged into the political machinations of Essex

20  and Cecil against his will.[45]  As for Marlowe's death, in *Anonymous*, Shakespeare

21  presumably kills Marlowe in reaction to a threat by Marlowe to expose

22  Shakespeare as an illiterate fraud, whereas in *Not Without Justice*, Shakespeare

23

24  [45] Plaintiff mischaracterizes the works by comparing scenes "in both works [in

25  which] a young woman named Elizabeth performs oral sex on the 'Writer' of the plays."  FAC ¶47.  This is misleading on multiple levels.  First, there is no scene depicting oral sex in *Not Without Justice*.  Second, "Elizabeth" in *Anonymous* is

26  the Queen of England, whereas the "young Elizabeth" in *Not Without Justice* is Elizabeth Cecil, whom Shakespeare is supposed to be wooing on behalf of

27  Southampton.  Third, in Plaintiff's work, Shakespeare's lover's name is Katherine, not Elizabeth.  In any event, the allegedly similar element is merely an

28  uncopyrightable idea and a *scene à faire* of a movie love scene.

Mitchell
Silberberg &
Knupp LLP

6658018.1

murders Marlowe after framing him and causing him to fake his own death.  The Ninth Circuit has found far more similar plots than those at issue here to be legally dissimilar.  *See, e.g.*, *Funky Films*, 462 F.3d at 1081 (describing two works where fathers who operate family-run funeral homes die, resulting in the subsequent operation of the homes by two sons, one of whom has been estranged from the family prior to the father's death); *Kouf v. Walt Disney Pictures & Television*, 16 F.3d 1042,1045-46 (9th Cir. 1994) (describing two family comedy/adventure films about people who are accidentally shrunk); *Berkic*, 761 F.2d at 1293 (describing two works that "deal with criminal organizations that murder healthy young people, then remove and sell their vital organs to wealthy people in need of organ transplants").[46]

**Sequence of events.**  *Anonymous* starts out in present-day New York City at a Broadway theatre.  The film then transports the viewer back to the Elizabethan era and, using numerous moves backward and forward in time, depicts the story of Oxford and Elizabeth's relationship, including Shakespeare's fictional role therein.  The sequence of events covers more than forty years of time (not counting the scenes set in the present), from Oxford's boyhood to the Essex Rebellion and finally to the coronation of James of Scotland as King of England.

As to Oxford's early life, the film depicts his upbringing in the repressive Cecil household; his marriage to Anne Cecil before falling in love with Elizabeth; Elizabeth's abandonment of him after she becomes pregnant with his child; his arrest for impregnating one of Elizabeth's maidens; and his eventual return to his

---

[46] In a last ditch effort to plead substantial similarity in plot where none exists, Plaintiff alleges that he is seeking to protect "not the individual historical facts [depicted in his script,] but the manner in which they were woven into the fabric of a creative narrative."  FAC ¶34.  However, "a combination of unprotectable elements is eligible for copyright protection only if those elements are numerous enough and their selection and arrangement original enough that their combination constitutes an original work of authorship."  *Satava v. Lowry*, 323 F.3d 805, 811 (9th Cir. 2003).  *Anonymous* does not contain any original arrangements of numerous unprotectable facts that appear in Plaintiff's script.

wife in exchange for William Cecil revealing the identity of his son.  There is nothing even remotely similar to this sequence of events in *Not Without Justice*.

With respect to Oxford's later life, *Anonymous* depicts Essex, after he obtains an incriminating letter sent by Cecil to King James, recruiting Southampton and Oxford to help him become King; Cecil convincing Elizabeth to send Essex to Ireland; Oxford using Ben Jonson and Shakespeare to publish his works and reignite Elizabeth's affection for him and distrust of Cecil; Essex returning from Ireland and upsetting the Queen by storming into her chambers; Essex, with Oxford's help, gathering a mob from the theatre to demand Cecil's removal from the Privy Council; Essex' resulting arrest and beheading; the Queen's death; and the coronation of King James.  Although some of these events, such as Cecil writing letters to King James, Essex going to Ireland, returning to embarrass Queen Elizabeth in her bedchambers, gathering a mob, and getting arrested and beheaded, also occur in *Not Without Justice*, these are all historical events that are not copyrightable.

Moreover, these events in the two works differ markedly at the level of expression.  While Essex obtains the incriminating letter early in *Anonymous*, he never actually obtains it in *Not Without Justice*.  While Cecil has to persuade Elizabeth to send Essex to Ireland in *Anonymous*, Essex asks to be sent in *Not Without Justice*.  While Essex and Oxford gather the mob from the theatre in *Anonymous*, the mob does not originate in the theatre in *Not Without Justice* and Oxford is not involved.  There is no substantial similarity of sequence of events. *See Funky Films*, 462 F.3d at 1077 (extrinsic test requires analysis of "the actual concrete elements that make up the sequence of events").

***Characters.***  "The bar for substantial similarity in a character is set quite high."  *Sheldon Abend Revocable Trust v. Spielberg*, 748 F. Supp. 2d 200, 208 (S.D.N.Y. 2010).  "This is particularly true where the characters in a disputed work are based on actual historical figures, since the prohibition on copyrighting

historical facts necessarily extends to control over interpretations of a historical actor." *Pomerance*, 909 F. Supp. 2d at 310.  Regardless, character traits that "flow naturally from [two] works' shared premises" are not protected and cannot form the basis for substantial similarity.  *Benay*, 607 F.3d at 626.

There are no similarities between characters in *Anonymous* and *Not Without Justice* other than those relating to the common usage of historical figures.  In fact, even the historically based characters actually differ in the two works.[47]

The Shakespeare of *Anonymous* is a whoring buffoon who has no wife and who stumbles into an arrangement whereby he is credited for writing hugely popular plays that were actually written by the Earl of Oxford whereas, the Shakespeare of *Not Without Justice* is a promising, guilt-ridden playwright, who leaves his family to seek success in London.  Queen Elizabeth is a one-dimensional ruler in *Not Without Justice*, but a complex, fully evolved character in *Anonymous* who has love affairs, illegitimate children, and a playful heart that is restrained by her position.  Whereas Essex is loyal to Elizabeth in *Anonymous* and only seeks to take the throne after her death in order to prevent the Cecils and King James from taking power, he is a greedy, murderous traitor in *Not Without Justice* who strikes deals with the Irish rebels and the King of Spain while also killing Shakespeare's son.  While in *Anonymous*, William Cecil believes that poetry is evil, in *Not Without Justice* he enlists Shakespeare and Marlowe to write poems on his behalf.  And, while Robert Cecil is a timid and hunchbacked character in *Anonymous* who lacks Oxford's charisma, he has no such flaws in *Not Without Justice*.  Christopher Marlowe is a major character in *Not Without Justice* who outshines Shakespeare as

---

[47] Under the extrinsic test, courts also take note of characters with no counterparts in the other party's work.  *See Funky Films*, 462 F.3d at 1079.  Here, Shakespeare's entire family is absent in *Anonymous*, as are Katherine Hamlet (Shakespeare's true love, who kills herself) and Thomas Lea (Essex's right hand man).  Important characters from *Anonymous* who do not appear in *Not Without Justice* include Oxford (who is the central character in *Anonymous*) and Ben Jonson (the playwright who Oxford selects as his front man).

Mitchell
Silberberg &
Knupp LLP
6658018.1

22

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6)**

a playwright but is only in a few scenes in *Anonymous* and is lesser regarded as a writer than Shakespeare.  Finally, Plaintiff's allegation that both works describe Southampton as "pretty," is both a mere unprotected idea and is a historical fact.[48]

**Setting.**  Although both works are set in the Elizabethan era at actual places, such as Queen Elizabeth's palace, Essex House, Irish battle fields, and London theatres, the similarities in setting end there and in any event are not copyrightable. *See Hoehling v. Universal City Studios, Inc.*, 618 F.2d 972, 979 (2d Cir. 1980) (settings in and around explosion of the Hindenberg were unprotectable *scenes à faire*.).  Much of *Not Without Justice* is set at Shakespeare's family home in Stratford; no scenes in *Anonymous* are set at that location.  *Not Without Justice* includes battle scenes on boats and in Spain, while *Anonymous* does not.  Conversely, *Anonymous* includes numerous scenes at Oxford's grand home, which is never depicted in *Not Without Justice*.  There is also a much larger focus on the theatre in *Anonymous*, including construction of a new building to house all of the people that are coming out to see Shakespeare's hugely successful plays.  Given all of these differences, the settings in the works are not substantially similar.  *See Benay*, 607 F.3d at 628 (no substantial similarity where both works followed Americans from the U.S. to Imperial Japan due to specific settings at issue).

**Mood.**  Although the works both involve a tense political power struggle, the actual scenes contained in them establish different moods.  From the beginning, *Not Without Justice* involves gruesome battle scenes, fight sequences, and depictions of torture, including the hanging and disembowelment of a Catholic man in the streets of London.  In contrast, *Anonymous* contains only a few violent scenes.  Essex is never depicted in an actual foreign battle; Marlowe's murder is not depicted at all; and no one gets disemboweled.  While both works do depict the

---

[48] *Oxford Bio.*, "Wriothesley, Henry" at 3 (noting the many contemporary portraits of Southampton and his "feminine features" and "long auburn hair") [Straus Decl. Ex. I].

1   beheading of Essex, the viewer never sees his head chopped off in *Anonymous*,

2   whereas *Not Without Justice* depicts the head "roll[ing] …and roll[ing] … and

3   roll[ing]."  Plaintiff's use of gore and violence makes the moods of the works

4   significantly different.

5        ***Pace.***  Whereas *Anonymous* takes place over more than forty years, from

6   when Queen Elizabeth was a young woman and Oxford a boy (circa 1560), until

7   Oxford's death in 1604, and also includes some scenes set in the present day, *Not*

8   *Without Justice* focuses on a shorter period of time, between the beginning of

9   Shakespeare's imagined relationship with Katherine Hamlet when he was a young

10  man (around 1580), and the Essex Rebellion, in 1601.  Thus, the paces of the

11  works are not substantially similar.  *See Campbell*, 718 F. Supp. 2d at 1115 ("The

12  time period within which the movie is set is a factor for determining the pace of a

13  movie.").

14       ***Theme.***  Plaintiff claims that the theme of both works is "the pen is mightier

15  than the sword."  FAC ¶43.  However, that theme is clearly articulated in

16  *Anonymous* whereas it is buried – if present at all – in *Not Without Justice*.  That

17  theme is also commonplace and not copyrightable.  *See Stromback v. New Line*

18  *Cinema*, 384 F.3d 283, 297 (6th Cir. 2004) (themes like "saving the world, [or] the

19  battle between good and evil" are unprotectable).

20       ***Dialogue.***  "[E]xtended similarity of dialogue [is] needed to support a claim

21  of substantial similarity."  *Olson v. Nat'l Broad. Co.*, 855 F.2d 1446, 1450 (9th Cir.

22  1988).  None of the supposed instances of similar dialogue that Plaintiff cites come

23  close to meeting this standard.  FAC ¶¶46, 49, 50, 51, 53, 59.  Indeed, Plaintiff

24  points to nothing more than references to "swords" and "pens" and "curtain" and

25  "audience" in works about playwrights and conflicts between competing political

26  factions and nations.  The appearance of a few scattered, common words is not

27  enough.

28

1    In sum, as a matter of law, the works at issue are not substantially similar,

2    and Plaintiff's copyright infringement claims should be dismissed.

3    **IV.    PLAINTIFF'S FRAUD CLAIM FAILS.**

4    Plaintiff has apparently not alleged fraud against the Moving Defendants,

5    but if he believes he has, the claim should be dismissed.  Fraud requires a

6    "(1) misrepresentation of a material fact (consisting of false representation,

7    concealment or nondisclosure); (2) knowledge of falsity (scienter); (3) intent to

8    deceive and induce reliance; (4) justifiable reliance on the misrepresentation; and

9    (5) resulting damage." *Bower v. AT&T Mobility, LLC*, 196 Cal. App. 4th 1545,

10   1557 (Ct. App. 2d Dist. 2011).  Moreover, "a party must state with particularity the

11   circumstances constituting fraud or mistake." Fed. R. Civ. P. 9(b).  Plaintiff fails

12   to identify any misrepresentation made by any Moving Defendant, and certainly

13   does not allege justifiable reliance or any of the other elements of fraud.  Thus, the

14   fraud claim should be dismissed. *See Semegen v. Weidner*, 780 F.2d 727, 731 (9th

15   Cir. 1985) (affirming dismissal with prejudice when complaint failed to identify

16   how certain defendants were involved in the alleged fraudulent scheme); *see also*

17   *Destfino v. Reiswig*, 630 F.3d 952, 958 (9th Cir. 2011) ("Rule 9(b) does not allow a

18   complaint to . . . lump multiple defendants together but require[s] plaintiffs to

19   differentiate their allegations when suing more than one defendant.") (internal

20   quotations omitted).

21   **V.    CONCLUSION**

22   The Court should dismiss Plaintiff's complaint in its entirety and with

23   prejudice.

24   DATED: February 6, 2014          MITCHELL SILBERBERG & KNUPP LLP

25                                    By:   /s/ Robert H. Rotstein

26                                          Robert H. Rotstein
                                            Attorneys for Defendants
27                                          Centropolis Entertainment, Inc.,
                                            Columbia Pictures Industries, Inc., John
28                                          Orloff, Roland Emmerich, and Sony
                                            Pictures Entertainment Inc.