ROBERT H. ROTSTEIN (SBN 72452)
  rxr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

NAOMI STRAUS (SBN 287804)
  nxs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street N.W., 8th Floor
Washington, DC  20036
Telephone: (202) 355-7900
Facsimile: (310) 231-8410

Attorneys for Defendants
Centropolis Entertainment, Inc., Columbia Pictures Industries, Inc., John Orloff, Roland Emmerich, and Sony Pictures Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HEUSEY,<br><br>              Plaintiff,<br><br>       v.<br><br>ROLAND EMMERICH; CENTROPOLIS ENTERTAINMENT, INC.; ANONYMOUS PICTURES LIMITED; JOHN ORLOFF; PETER NORTHBOURNE JAMES; PETRA HOLTORF-STRATTON; RELATIVITY MEDIA FILMS, LLC; SONY PICTURES ENTERTAINMENT, INC; COLUMBIA PICTURES INDUSTRIES, INC.,<br><br>              Defendants. | Case No.: 2:14-CV-06810-AB (Ex)<br><br>The Honorable André Birotte Jr.<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:         March 9, 2015<br>Time:         10:00am<br>Courtroom:  4 |

## I.     INTRODUCTION

Defendants Centropolis Entertainment, Inc., Columbia Pictures Industries, Inc., John Orloff, Roland Emmerich, and Sony Pictures Entertainment Inc. (collectively, "Moving Defendants") file this request, under Federal Rule of Evidence 201, seeking judicial notice of (i) a commercially available copy of Moving Defendants' allegedly infringing motion picture *Anonymous* and (ii) commercially available authoritative writings concerning historical facts and figures that are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned.  Specifically, Moving Defendants seek judicial notice of reference works and biographies of William Shakespeare and certain of his contemporaries, all of which are attached as Exhibits to the Declaration of Naomi Straus ("SD") filed concurrently herewith.  The motion picture *Anonymous*, which is at the center of Plaintiff's copyright infringement claims, is incorporated into Plaintiff's Complaint by reference.  The reference works and biographies reflect general, publicly available facts regarding the historical period and characters in Plaintiff's allegedly infringed work, *Not Without Justice*, and in *Anonymous*.  Plaintiff concedes in his Complaint that many aspects of the works are based on historical facts.

## I.     JUDICIAL NOTICE IS WARRANTED

Federal Rule of Evidence 201(b) provides that facts are subject to judicial notice when they are "not subject to reasonable dispute in that [they are] ... capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  A "court shall take judicial notice if requested by a party and supplied with the necessary information," Federal Rule of Evidence 201(c), at "any stage of the proceeding." Federal Rule of Evidence 201(d). *See Garcia v. County of L.A.*, 2014 U.S. Dist. LEXIS 169095, at *10-11 (C.D. Cal. Dec. 5, 2014) (Birotte, Jr., J.) ("[A] district court may take judicial notice of the facts that are not subject to reasonable dispute and either 'generally known' in the

community or 'capable of accurate and ready determination by reference to sources whose accuracy cannot be reasonably questioned.'").

On a motion to dismiss, a court may refer to and take judicial notice of documents outside the pleadings when the documents are referenced in the complaint. *See Knievel v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005) ("We have extended the 'incorporation by reference' doctrine to situations in which the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the complaint.").

As this Court recently summarized, in deciding a motion to dismiss:

> [T]he Court may not consider material beyond the pleadings, but may consider judicially noticeable documents, documents attached to the complaint, or documents to which the complaint refers extensively or which form the basis of the plaintiff's claims in the complaint.  To the extent attached documents contradict factual allegations in the body of the complaint, the documents control.

*Penaloza v. Select Portfolio Servicing*, 2014 U.S. Dist. LEXIS 173806, at *4 (C.D. Cal. Dec. 8, 2014) (Birotte, Jr., J.) (*citing United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003), *Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th Cir. 2001)).

**A.   The Court Should Take Judicial Notice of the <u>Anonymous</u> DVD.**

In copyright cases, courts routinely take judicial notice of allegedly infringed and infringing works when evaluating substantial similarity on a motion to dismiss, because works alleged in the complaint are deemed incorporated by reference and treated as a part of the pleading. *See*, *e.g.*, *Thomas v. Walt Disney Co.*, 2008 U.S.

1  Dist. LEXIS 14643, *5, n.1 (N.D. Cal. Feb. 14, 2008), *aff'd* 337 Fed. Appx. 694
2  (9th Cir. 2009) (taking judicial notice of plaintiff's copyrighted literary work
3  *Squisher the Fish* and allegedly infringing motion picture *Finding Nemo*); *Zella v.*
4  *E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1128 (C.D. Cal. 2007) (taking judicial
5  notice of episodes of allegedly infringing *Rachael Ray* reality talk show).  Courts
6  will also "take judicial notice of generic elements of creative works" such as
7  stereotypical character types, formats, and other stock elements.  *Zella*, 529 F.
8  Supp. 2d at 1129.
9       Here, because Plaintiff has alleged the contents of *Anonymous* in his
10 Complaint, judicial notice of this motion picture is warranted.  The DVD submitted
11 as Exhibit 1 to the Declaration of Naomi Straus submitted in support of this request
12 is an accurate, commercially available copy of the work, and its contents are not
13 subject to reasonable dispute.

14 **B.   The Court Should Take Judicial Notice of the Submitted**
15 **Published, Historical Research Concerning the Elizabethan Era.**

16      This Court may take judicial notice of historical facts.  *See, e.g. Third Nat'l*
17 *Bank v. Impac, Ltd.*, 432 U.S. 312, 317 (1977) (taking "judicial notice of the
18 historical fact that 1873 was a year of a financial panic"); *Effie Film, LLC v.*
19 *Pomerance*, 909 F. Supp. 2d 273, 299-300 (S.D.N.Y. 2012) (collecting cases in
20 which courts have judicially noticed facts); *Walker v. Woodford*, 454 F. Supp. 2d
21 1007, 1022 (S.D. Cal. 2006) (noting that judicially noticeable facts may be
22 determined by reference to "almanac, dictionary, calendar or similar source"); *see*
23 *also* 1-201 *Weinstein's Federal Evidence* § 201.12 ("Courts may take judicial
24 notice of historical facts revealed in authoritative writings when there is no dispute
25 about the authenticity of the materials and judicial notice is limited to factual
26 matters that are incontrovertible.").
27      In the present case, both Plaintiff's allegedly infringed work, *Not Without*
28 *Justice*, and the allegedly infringing work, *Anonymous*, draw on historical facts and

historical personages. Both works are set in and around London during the time of Shakespeare and Queen Elizabeth I. Because these subjects have been studied for centuries, there are a plethora of sources compiling facts about this time period and the people at issue. Here, Moving Defendants submit a limited selection of authoritative writings reporting facts that are incorporated into the fictional works at issue. This Court may take notice of the historical facts contained therein, and may also take notice of these publications to "indicate what was in the public realm at the time ..." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) *cert. denied*, 131 S. Ct. 3055 (2011).

For example, in *Pomerance*, the court took judicial notice of historical facts reported in the *Oxford Dictionary of National Biography*, an authoritative source similar to a dictionary or almanac. 909 F. Supp. 2d at 301-302. Here, Moving Defendants have submitted entries from the *Oxford Dictionary of National Biography* (SD Exs. C -K), as well as entries from Charles Boyce, *Shakespeare A to Z* (1990) (SD Ex. B), a comprehensive reference book to Shakespeare's "plays," "poems," "life," and "times," both of which report the historical facts referenced here. Moving Defendants also submit contemporaneous or near contemporaneous accounts of some of the historical events noted herein, which are available through the "Google Books" search engine. SD Exs. L-M. Moving Defendants also submit a copy of Psalm 51 from the Bible (Authorized King James Version), which is referenced in one of the historical accounts. SD Ex. N.

Moving Defendants request that this Court take Judicial Notice of the following historical facts, which are capable of accurate and ready determination by resort to sources whose accuracy may not reasonably be questioned:

**Historical Fact No. 1.** Ben Jonson (1572-1637) was an English playwright and contemporary of William Shakespeare. Charles Boyce, *Shakespeare A to Z* 321-23 (1990) (hereinafter "*A to Z*") [SD Ex. B at 23-25]; Ian Donaldson, *Oxford Dictionary of National Biography: Online Edition* (hereinafter "*Oxford Bio.*"),

"Jonson, Benjamin [Ben]" 1, 5, 15 (2004, online ed. Sept. 2013) [SD Ex. C at 39-41].

**Historical Fact No. 2.** Queen Elizabeth I (1533-1603) ruled England from 1558 to 1603. Patrick Collinson, *Oxford Bio*, "Elizabeth I" 1, 11-13, 46-50 (2004, online ed. Jan. 2012) [SD Ex. D at 45-48, 60-64].

**Historical Fact No. 3.** During the time of Queen Elizabeth's rein, religious tensions between Protestants and Catholics carried over into political tensions as England's Elizabeth, who was a member of the Church of England, ruled over Ireland (a Catholic nation) making it a hotspot in England's ongoing war against Spain (also a Catholic nation). *Oxford Bio.*, "Elizabeth I" at 29-33, 41-46 [SD Ex. D at 50-54, 60-64].

**Historical Fact No. 4.** Robert Cecil (1563-1612), like his father William Cecil (Lord Burghley) (1520-1598) before him, was a leading advisor to Elizabeth. *A to Z* at 82, 98 [SD Ex. B at 10, 12]; Pauline Croft, *Oxford Bio.*, "Cecil, Robert" 1-3, 5-6 (2004, online ed. Oct. 2008) [SD Ex. E at 69-71, 73-74]; Wallace T. MacCaffrey, *Oxford Bio.*, "Cecil, William" 1, 3, 24-28 (2004) [SD Ex. F at 77, 79-84].

**Historical Fact No. 5.** Robert Cecil served on Queen Elizabeth's Privy Council, and succeeded his father as secretary of state. *A to Z* at 98 [SD Ex. B at 12]; *Oxford Bio.*, "Cecil, Robert" at 3-5 [SD Ex. E at 71-73].

**Historical Fact No. 6.** Edward De Vere (1550-1604), the Earl of Oxford ("Oxford"), was both a courtier and a poet. *A to Z* at 479 [SD Ex. B at 28]; Alan H. Nelson, *Oxford Bio*, "Vere, Edward de" 1-2, 4-5 (2004, online ed. Jan. 2008) [SD Ex. G at 85-86, 88-89].

**Historical Fact No. 7.** Since at least 1920, some have speculated that Oxford is the "true" author of Shakespeare's works. *Id.* at 5 [SD Ex. G at 89].

**Historical Fact No. 8.**  Oxford was imprisoned after impregnating Queen Elizabeth's maid of honor, Anne Vavasour.  *Id.* at 3 [SD Ex. G at 87]; *A to Z* at 479 [SD Ex. B at 28].

**Historical Fact No. 9.**  Historically, after the death of his father, Oxford came under the guardianship of William Cecil.  In July, 1567, he killed an unarmed employee of Cecil's household, but the jury found him not guilty.  *Oxford Bio.*, "Vere, Edward de" at 1 [SD Ex. G at 85]; *A to Z* at 479 [SD Ex. B at 28].

**Historical Fact No. 10.**  Oxford married Anne Cecil, William Cecil's daughter. *Oxford Bio.*, "Vere, Edward de" at 1-2 [SD Ex. G at 85-86].

**Historical Fact No. 11.**  William Shakespeare (1564-1616) was an actor as well as a playwright.  *A to Z* at 587 [SD Ex. B at 33]; Peter Holland, *Oxford Bio.*, "Shakespeare, William" 6 (2004, online ed. Jan. 2013) [SD Ex. H at 95].

**Historical Fact No. 12.**  Shakespeare's son, Hamnet Shakespeare, died in 1596, at age 11.  *A to Z* at 584 [SD Ex. B at 30]; *Oxford Bio.*, "Shakespeare, William" at 13 [SD Ex. H at 97].

**Historical Fact No. 13.**  Shakespeare's father's name was John.  Shakespeare's uncle's name was Henry.  Shakespeare's wife's name was Anne.  Shakespeare's daughters' names were Suzanna and Judith.  *A to Z* at 585 [SD Ex. B at 31]; *Oxford Bio.*, "Shakespeare, William" at 1-2 [SD Ex. H at 90-91].

**Historical Fact No. 14.**  John Shakespeare applied for a coat of arms around 1571, but was not awarded them until 1596. *Id.* at 2, 14 [SD Ex. H at 91, 98]; *A to Z* at 585 [SD Ex. B at 31].

**Historical Fact No. 15.**  Shakespeare obtained a coat of arms for his family in 1596.  The motto on that coat of arms is *Non Sancz droict* ("Not without right"). *A to Z* at 116 [SD Ex. B at 14]; *Oxford Bio.*, "Shakespeare, William" at 13-14 [SD Ex. H at 97-98].

**Historical Fact No. 16.**  Henry Wriothesley (1573-1624) was the Third Earl of Southampton and Shakespeare's patron, to whom Shakespeare dedicated

*Venus and Adonis*. Park Honan, *Oxford Bio.*, "Wriothesley, Henry" 1, 3-4 (2004, online ed. Sept. 2012) [SD Ex. I at 105, 107-08]; *A to Z* at 611 [SD Ex. B at 38].

**Historical Fact No. 17.** Southampton was reportedly attractive, and many contemporary portraits of him reveal "feminine features" and "long auburn hair." *Oxford Bio.*, "Wriothesley, Henry" at 3 [SD Ex. I at 107].

**Historical Fact No. 18.** Elizabeth Cecil (or Elizabeth Vere) (1575-1627) was the granddaughter of William Cecil, and the daughter of Anne Cecil and Edward de Vere. William Cecil arranged to have Southampton (who was his ward) marry her, but he refused, paying a huge fine instead. *Id.* at 2-3 [SD Ex. I at 106-07]; *Oxford Bio.*, "Vere, Edward de" at 2 [SD Ex. G at 86].

**Historical Fact No. 19.** Christopher Marlowe (1564-1593) was an English playwright and Shakespeare's contemporary. *A to Z*, at 403 [SD Ex. B at 26]; Nicholl, Charles , *Oxford Bio.*, "Marlowe [Marley], Christopher" 1, 5 (2004, Online Ed. Jan. 2008) [SD Ex. J at 112, 114].

**Historical Fact No. 20.** Marlowe is widely assumed to have been a spy for Queen Elizabeth's government, and was reportedly stabbed to death in a tavern brawl—after dining with other spies. *A to Z* at 403. [SD Ex. B at 26]; *Oxford Bio.*, "Marlowe, Christopher" at 4-5, 13-14 [SD Ex. J at 113-14, 118-19].

**Historical Fact No. 21.** On May 5, 1593, an inflammatory poem known as the "Dutch Church Libel," signed by "Tamberlaine" (Marlowe's character) was posted on a wall in London. Marlowe's arrest was ordered around this time, likely due to his connection with this libel. *Id.* at 11 [SD Ex. J at 116].

**Historical Fact No. 22.** Robert Poley was a spy who worked for Robert Cecil, and was present at Marlowe's death in 1593. *Id.* at 13-14 [SD Ex. J at 118-19].

**Historical Fact No. 23.** Thomas Walsingham was a patron of Marlowe, and Marlowe's killer's business associate. *Id.* at 5, 10, 13-14 [SD Ex. J at 114-15, 118-19].

**Historical Fact No. 24.**  The playwrights Thomas Nashe and Thomas Dekker were historical contemporaries of Shakespeare and Marlowe.  *A to Z* at 152, 456 [SD Ex. B at 15, 27].

**Historical Fact No. 25.**  Robert Devereux (1566-1601), the second Earl of Essex ("Essex"), was a soldier, a politician, and a favorite of Queen Elizabeth.  *A to Z* at 180-81 [SD Ex. B at 18-19], Paul E.J. Hammer, *Oxford Bio.*, "Devereux, Robert," 1, 4 (2004, online ed. Oct. 2008) [SD Ex. K at 122-23 ].

**Historical Fact No. 26.**  Reportedly, Essex reached for his sword after the Queen had hit him, while at a meeting to select the new lord deputy for Ireland.  *Id.* at 18 [SD Ex. K at 125].

**Historical Fact No. 27.**  Queen Elizabeth sent Essex on a military expedition to Ireland.  *Id.* at 18-20 [SD Ex. K at 125-27]; *A to Z* at 611 [SD Ex. B at 19].

**Historical Fact No. 28.**  The Earl of Tyrone and his forces were Essex's target in his Ireland expedition of 1599, but he lacked the resources to confront him successfully, and ultimately agreed to a truce with Tyrone, which Elizabeth refused to accept.  *Oxford Bio.*, "Devereux, Robert" at 20-21 [SD Ex. K at 127-28].

**Historical Fact No. 29.**  When Essex returned from Ireland, he stormed into the palace and the Queen's chambers while she was undressed.  *Id.* at 21 [SD Ex. K at 128].  After this event, the Queen placed Essex on house arrest.  *Id.* at 21-22 [SD Ex. K at 128-29].

**Historical Fact No. 30.** Essex's supporters paid to have a production of Shakespeare's *Richard II* performed on the eve of his rebellion, apparently to encourage the populous to support Essex.  *A to Z* at 541 [SD Ex. B at 29]; *Oxford Bio.*, "Devereux, Robert" at 23 [SD Ex. K at 130].

**Historical Fact No. 31.**  The event known as the "Essex Rebellion" occurred on February 8, 1601.  Essex and his supporters marched on London, only

to be quickly stopped by troops.  *A to Z* at 180-81 [SD Ex. B at 18]; *Oxford Bio.*, "Devereux, Robert" at 23 [SD Ex. K at 130].

**Historical Fact No. 32.**  Essex was tried for treason and beheaded on February 25, 1601.  *Id.* [SD Ex. K at 130].  Southampton was condemned as well, but spared beheading.  *Oxford Bio.*, "Wriothesley, Henry" at 6 [SD Ex. I at 110].

**Historical Fact. No. 33.**  Reportedly, Essex quoted 5 lines from Psalm 51 at his execution.  Thomas Egerton, *Memoirs of the Life of Robert Devereux, Earl of Essex* 24 (1753) [SD Ex. L at 137].  The first five lines of Psalm 51 are:

> 1  Have mercy upon me, O God, according to thy lovingkindness: according unto the multitude of thy tender mercies blot out my transgressions.
>
> 2 Wash me throughly from mine iniquity, and cleanse me from my sin.
>
> 3 For I acknowledge my transgressions: and my sin is ever before me.
>
> 4 Against thee, thee only, have I sinned, and done this evil in thy sight: that thou mightest be justified when thou speakest, and be clear when thou judgest.
>
> 5 Behold, I was shapen in iniquity; and in sin did my mother conceive me.

The Holy Bible, Authorized King James Version [SD Ex. N at 147].  Essex also, "in the hearing of them that were present at the execution [] exaggerated [his offence] with four epithets desiring God to forgive him his great his bloody his crying and his infectious sin ..."  "The earl of Essex his confession to three ministers, whose names are underwritten, the 25th of February, 1600," *as reprinted in VI Basil Montagu, Esq., The Works of Francis Bacon, Lord Chancellor of England*, 399 (1826) [SD Ex. M at 144].

**Historical Fact No. 34.**  Thomas Lea (or Lee) was historically one of the conspirators of the Earl of Essex.  *Oxford Bio.*, "Devereux, Robert" at 23 [SD Ex. K at 130].  He "tried to force his way into Elizabeth's presence … and compel her

to summon Essex to an audience.  He failed and was swiftly condemned and executed." *Id.* at 23 [SD Ex. K at 130].

**Historical Fact No. 35.**  King James I of England (1566-1625) was King James VI of Scotland before succeeding Elizabeth I to the English throne.  *A to Z* at 314-15 [SD Ex. B at 21-22].

**Historical Fact No. 36.**  Robert Cecil maintained a secret correspondence with James before he became King of England.  *Oxford Bio.*, "Cecil, Robert" at 6 [SD Ex. E at 74].

**Historical Fact No. 37.**  It is believed that Elizabeth attended a performance of "A Midsummer Night's Dream."  *A to Z* at 172 [SD Ex. B at 17].

**Historical Fact No. 38.**  A woman named Katherine Hamlett drowned near Stratford, on December 17, 1579.  Some have suggested she might have been inspiration for Shakespeare's character Ophelia, Hamlet's lover who commits suicide by drowning herself.  *A to Z* at 241 [SD Ex. B at 20].

**CONCLUSION**

The DVD copy of *Anonymous*, which is incorporated by reference into the Complaint, and its contents are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  So too, are the historical writings submitted by Moving Defendants.  Accordingly, Defendants respectfully request that the Court take judicial notice of the motion picture *Anonymous* and the historical facts set forth herein.

DATED: February 6, 2015                    MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Robert H. Rotstein
    Robert H. Rotstein
    Naomi Straus
    Attorneys for Defendants
    Centropolis Entertainment, Inc.,
    Columbia Pictures Industries, Inc., John
    Orloff, Roland Emmerich, and Sony
    Pictures Entertainment Inc.